UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 08mj1251 |
| v. | ) | |
| JOHNNY MARTIN HOOD, | ) | |
| Defendant. | ) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101

Dated:  April 28, 2008

      /s/ John C. Ellis, Jr.
      JOHN C. ELLIS, JR.
      Federal Defenders
      225 Broadway, Suite 900
      San Diego, CA 92101-5030
      (619) 234-8467  (tel)
      (619) 687-2666  (fax)
      john_ellis@fd.org