UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> Johnny Martin Hood <br><br> Defendant(s) | CRIMINAL NO. 08MJ1251 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody. ((Bond Posted) / Case Disposed / Order of Court).

Erica Diocelina Huazano-Abrego

DATED: 5-1-08

RECEIVED _____
DUSM

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk