30

1  KAREN P. HEWITT
   United States Attorney
2  JEFFREY D. MOORE
   Assistant United States Attorney
3  California State Bar No. 240595
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7171
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8              UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA  08CR 1521

10  UNITED STATES OF AMERICA,       )   Magistrate Case No. 08MJ1251
                                    )
11                    Plaintiff,    )
                                    )   **STIPULATION OF FACT AND JOINT**
12            v.                    )   **MOTION FOR RELEASE OF**
                                    )   **MATERIAL WITNESS(ES) AND**
13  JOHNNY MARTIN HOOD,             )   **ORDER THEREON**
                                    )
14                    Defendant.    )
    _____)   **(Pre-Indictment Fast-Track Program)**
15

16       **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

18  Jeffrey D. Moore, Assistant United States Attorney, and defendant JOHNNY MARTIN HOOD, by

19  and through and with the advice and consent of defense counsel, Charles L. Rees, that:

20       1.     Defendant agrees to execute this stipulation on or before the first preliminary hearing

21  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

22  intelligently and voluntarily entered into it.  Defendant agrees further to waive indictment and plead

23  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

24  of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

25  § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

26  //

27  //

28  JDM:lg:5/1/08

1     2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2 provide the signed, original plea agreement to the Government not later than five business days

3 before the disposition date set by the Court.

4     3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5 before **May 30, 2008**.

6     4.    The material witnesses, Flor Elizabeth Escalante-Colin, Graciela Burrisqueta-

7 Villagomez, Erica Diocelina Huazano-Abrego and Mario Arroyo-Alejandre, in this case:

8        a.    Are aliens with no lawful right to enter or remain in the United States;

9        b.    Entered or attempted to enter the United States illegally on or about

10 April 22, 2008;

11        c.    Were found in a vehicle driven by defendant at the San Ysidro, California,

12 Port of Entry (POE), and that defendant knew or acted in reckless disregard of the fact that they were

13 aliens with no lawful right to enter or remain in the United States;

14        d.    Were paying or having others pay on their behalf $2,700-$3,000 to others to

15 be brought into the United States illegally and/or transported illegally to their destination therein;

16 and,

17        e.    May be released and remanded immediately to the Department of Homeland

18 Security for return to their country of origin.

19     5.    After the material witnesses are ordered released by the Court pursuant to this

20 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

21 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any

22 proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral

23 attack, that:

24        a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

25 substantive evidence;

26        b.    The United States may elicit hearsay testimony from arresting agents

27 regarding any statements made by the material witness(es) provided in discovery, and such

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Johnny Martin Hood       2       08MJ1251

1    testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

2    against interest of (an) unavailable witness(es); and,

3              c.    Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004),

4    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

5    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

6    waives the right to confront and cross-examine the material witness(es) in this case.

7         6.    By signing this stipulation and joint motion, defendant certifies that defendant has

8    read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

9    further that defendant has discussed the terms of this stipulation and joint motion with defense

10   counsel and fully understands its meaning and effect.

11        Based on the foregoing, the parties jointly move the stipulation into evidence and for the

12   immediate release and remand of the above-named material witness(es) to the Department of

13   Homeland Security for return to their country of origin.

14        It is STIPULATED AND AGREED this date.

15                                        Respectfully submitted,

16                                        KAREN P. HEWITT
                                          United States Attorney
17

18   Dated:  5/13/08

19                                        JEFFREY D. MOORE
                                          Assistant United States Attorney
20

21   Dated:  5·12·08 .

                                          CHARLES L. REES
22                                        Defense Counsel for JOHNNY MARTIN HOOD

23   Dated:  5·12·08 .

24                                        JOHNNY MARTIN HOOD
                                          Defendant
25

26

27

28
     Stipulation of Fact and Joint Motion for Release of
     Material Witness(es) And Order Thereon in
     United States v. Johnny Martin Hood              3                    08MJ1251

1

**O R D E R**

2       Upon joint application and motion of the parties, and for good cause shown,

3       **THE STIPULATION** is admitted into evidence, and,

4       **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5   forthwith to the Department of Homeland Security for return to their country of origin.

6       **SO ORDERED.**

7

8       Dated:  _5-13-08_ .

                                                  United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Johnny Martin Hood    4    08MJ1251