UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Johnny Martin Hood )<br>)<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR1521-W<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08280298 |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Graciela Burrisqueta-Villagomez

DATED: 5-13-08

RECEIVED _____
              DUSM

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk