**CHARLES L. REES**
California Bar No. 200682
**LAW OFFICES OF CHARLES L. REES**
424 F Street, Suite D
San Diego, California  92101
Telephone:  (619) 239-9300
Fax: (619) 702-5415
Email: charleslrees@yahoo.com

Attorney for **Mr. Johnny Martin Hood**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08CR1521W |
| Plaintiff, ) | |
| v. ) | Date:   June 30, 2008<br>Time:   2:00 p.m. |
| JOHNNY MARTIN HOOD, ) | **NOTICE OF MOTIONS AND MOTIONS TO:** |
| ) | **(1) COMPEL DISCOVERY AND PRESERVE EVIDENCE** |
| Defendant. ) | **(2) GRANT LEAVE TO FILE FURTHER MOTIONS** |

TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
        JEFFREY D. MOORE, ASSISTANT UNITED STATES ATTORNEY.

PLEASE TAKE NOTICE that as soon as counsel may be heard, defendant, Johnny Martin Hood, by and through his attorney, Charles L. Rees, will ask this Court to enter an order granting the following motions.

//

//

//

//

//

## **MOTIONS**

Johnny Martin Hood, by and through his attorney, Charles L. Rees, pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, FED. R. CRIM. P. 12, 16 and 26, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) **Compel discovery and preserve evidence; and**
2) **Grant leave to file further motions**

These motions are based upon the instant Notice of Motions and Motions, the attached Facts and Memorandum of Points and Authorities, the files and records in this case, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: June 16, 2008        /s/**CHARLES L. REES**
                            Attorney for Mr. Johnny Martin Hood