**CERTIFICATE OF SERVICE**

Counsel for Defendant Johnny Martin Hood hereby certifies that on this date copies of Hood's motions were served electronically upon the following attorney:

(1) Jeffrey D. Moore, AUSA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 16, 2008, at San Diego, California.

/s/ Charles L. Rees
Charles L. Rees