# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  )  CASE NUMBER **08CR1521W**
vs )
**Johnny Martin Hood** )  ABSTRACT OF ORDER
) Booking No. **08280298**
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **6-30-08**
the Court entered the following order:

- **X** Defendant be released from custody. **ON THIS CASE ONLY.**
- _____ Defendant placed on supervised / unsupervised probation / supervised release.
- _____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- _____ Defendant released on $_____ bond posted.
- _____ Defendant appeared in Court. FINGERPRINT & RELEASE.
- _____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- _____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
- _____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court: _____ dismissing appeal filed.
- _____ Bench Warrant Recalled.
- _____ Defendant forfeited collateral.
- **X** Case Dismissed.
- _____ Defendant to be released to Pretrial Services for electronic monitoring.
- **X** Other. **NEW CASE ATTACHED.**

Received _____ DUSM

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR. Clerk
by
C. Trimble
Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY